AUSA: John N. O'Brien    Telephone: (313)226-9715
Special Agent: Ryan E. Blanton, FBI    Telephone: (313)965-2323

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

    Plaintiff,

v.

AARON DEONTE JONES,

Case: 2:15-mj-30018
Judge: Unassigned,
Filed: 01-16-2015 At 10:38 AM
USA v AARON DEONTE JONES (MAW)

    Defendant(s).

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of January 14, 2015, in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 922(g)(1) | Felon in Possession of a Firearm |
| 21 USC Section 844 | Possession of Heroin |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Ryan E. Blanton, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 16, 2015

_____
Judge's signature

City and state: Detroit, Michigan

Hon. R. Steven Whalen, U.S. Magistrate Judge
*Printed name and title*

**ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE**

## AFFIDAVIT

I, Ryan E. Blanton, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Detroit Division, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent with the FBI since August 2009, and am currently assigned to the FBI Detroit Division's Violent Crime Task Force. While employed by the FBI, I have investigated federal criminal violations related to bank robberies, Hobbs Act violations, violent gangs, Internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I make this affidavit from personal knowledge based on my participation in this investigation, communications with others who have personal knowledge of the events and circumstances described herein, review of police reports, and information gained through training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and, therefore, does not contain all details or all facts of which I am aware relating to this investigation.

3. On January 14, 2015, Detroit Police Department (DPD) Officers Gadwell and Jackson observed a grey Chevrolet Suburban with Michigan license plate CNF6623 driving at a high rate of speed northbound on Conner Street from Gratiot Avenue in Detroit, Michigan. DPD Officers Gadwell and Jackson observed the Chevrolet Suburban driving at speeds greater than fifty miles per hour on Conner Street. DPD Officers Gadwell and Jackson then performed a traffic stop of the Chevrolet Suburban on Conner Street near the intersection with Portlance Avenue.

4. While approaching the Chevrolet Suburban, DPD Officer Gadwell observed the driver of the vehicle, later identified as AARON DEONTE JONES (JONES), moving as if he was placing an object under the cup holder of the

center console. After JONES was unable to produce a valid driver's license, DPD Officer Gadwell placed him in custody for driving without a valid driver's license. DPD Officer Jackson secured both the passenger of the Chevrolet Suburban and JONES at the rear of the vehicle. DPD Officer Gadwell then searched the immediate area of the driver's seat and recovered a black Glock .40 caliber handgun Model 22 with serial number GCU448 and bundle containing suspected heroin from under the cup holder in the center console.

5. JONES was arrested by DPD for Carrying a Concealed Weapon – Motor Vehicle, Possession of a Controlled Substance and several outstanding traffic warrants. The passenger was also arrested by DPD.

6. The suspected heroin was transported to DPD Narcotics where it tested positive. The test was done by DPD Officer Stewart.

7. During a subsequent interview conducted by DPD Officer Mercer, JONES admitted to driving the Chevrolet Suburban on a daily basis and being aware that a firearm was in the vehicle.

8. On January 15, 2015, a criminal history check was obtained for JONES. The results revealed that JONES has a previous felony conviction for Possession with Intent to Deliver – Cocaine in 2009.

9. On January 15, 2015, Special Agent Curtis Brunson of the Bureau of Alcohol, Tobacco, Firearms and Explosives was contacted regarding the recovered firearm listed above. Special Agent Brunson stated that based on the description provided, the recovered firearm was manufactured outside the State of Michigan after 1898 and, therefore, had traveled in and afftected interstate commerce.

10. Based on the above, there is probable cause to believe AARON DEONTE JONES, a previously convicted felon, was in possession of a firearm, which is in violation of 18 U.S.C § 922(g)(1). There is also probable cause to

believe that AARON DEONTE JONES was in possession of Heroin, which is in violation of 21 U.S.C § 844. Said violations occurred on January 14, 2015, in the Eastern District of Michigan.

*[signature]*
Ryan E. Blanton
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me this 16th day of January, 2015.

*[signature]*
R. ~~STEVEN WHALEN~~   ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE